**STATE of Missouri, Plaintiff/Respondent,**

v.

**Robert THORNTON, Defendant/Appellant.**

**No. 57694.**

Missouri Court of Appeals, Eastern District, Division One.

Sept. 11, 1990.

Thomas R. Motley, Hannibal, Raymond Legg, Columbia, for defendant/appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

**ORDER**

PER CURIAM.

This is an appeal of a conviction in a jury-tried case finding defendant guilty of stealing in violation of § 570.030, RSMo 1986.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memoran-

dum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).